AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Carter Camacho<br><br>*Defendant* | )<br>)  Case: 1:26-mj-00034<br>)  Assigned To: Judge Harvey, G. Michael<br>)  Assign. Date: 2/18/2026<br>)  Description: COMPLAINT W/ARREST WARRANT<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  February 17, 2026  in the District of  Columbia  the defendant violated:

*Code Section*  
*Offense Description*

40 U.S.C. § 5104(e)(1)(A)(i) (Unlawful Possession of a Firearm on Capitol Grounds or Buildings).

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Peter Campopiano, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 02/18/2026

*Judge's signature*

City and state:  Washington, D.C.      G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*