Case 1:26-mj-00034-GMH   Document 1-1   Filed

Case: 1:26-mj-00034
Assigned To: Judge Harvey, G. Michael
Assign. Date: 2/18/2026
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

I am a Special Agent of the United States Capitol Police ("USCP"). I make this affidavit in support of a criminal complaint because there is probable cause to believe that CARTER CAMACHO committed a violation of 40 U.S.C. § 5104(e)(1)(A)(i) (Unlawful Possession of a Firearm on Capitol Grounds or Buildings) in the District of Columbia.

This affidavit is presented for the sole purpose of establishing probable cause. It does not represent the totality of facts known to me and other investigators involved in this case. Because I was not at the scene when the defendant was arrested, this affidavit is based on my investigation, which included speaking with or reading reports written by or reviewing camera footage from other investigators who have personal knowledge of the events described.

Based on my investigation, I learned the following: On February 17, 2026, at approximately 12:04 p.m., CAMACHO drove and parked a white Mercedes SUV at Maryland Avenue Southwest, between First and Third Streets, in the District of Columbia. CCTV footage reviewed by USCP shows that at approximately 12:07 p.m., CAMACHO exited from the driver's seat of the vehicle and began running toward the United States Capitol (the "Capitol") carrying an object later determined to be a firearm. CAMACHO was wearing apparent body armor and camouflage-style clothing, as depicted in the below screenshots of CCTV footage:





CAMACHO approached the south steps on the western side of the Capitol and began ascending the stairs.

As CAMACHO climbed the stairs, a uniformed USCP officer asked CAMACHO what he was carrying in his hand.

CAMACHO raised his right arm, in which he clutched a firearm, as depicted below:



USCP officers ordered CAMACHO to halt and lay on the ground. He immediately complied.

USCP officers recovered the weapon, which was determined to be a Mossberg Model 88 12-guage shotgun, bearing serial number MV2154777. The shotgun was loaded with seven rounds in the tube and one in the chamber. The safety was off. An additional 17 rounds of ammunition were located in a carrier attached to the stock of the shotgun. The firearm and apparent body armor are more clearly depicted below:



USCP officers secured CAMACHO in handcuffs. CAMACHO told USCP officers that his name was CARTER COMACHO. He also told USCP officers that he was just there to talk to a Member of Congress.

USCP officers and special agents reviewed CCTV footage and were able to trace CAMACHO's path back to the white Mercedes SUV. USCP officers and special agents responded to the location of the vehicle. USCP officers and special agents located a fixed blade knife on the ground approximately forty feet from the vehicle, and in CAMACHO's path of travel between the vehicle and the location that CAMACHO was apprehended.

I know from my training and experience that the south steps on the western side of the Capitol, where CAMACHO was located with the firearm, fall within the Capitol Grounds as defined under 40 U.S.C. § 5102, as indicated in shaded area of the below map:



Based on the facts contained in this affidavit, there is probable cause to believe the following: On or about February 17, 2026, in the District of Columbia, the defendant, CARTER CAMACHO, unlawfully possessed a firearm within the United States Capitol Buildings or Grounds, in violation of 40 U.S.C. § 5104(e)(1)(A)(i).

_____
SPECIAL AGENT PETER CAMPOPIANO
United States Capitol Police

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on February 18, 2026.

_____
THE HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE