AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

RECEIVED
By USMS District of Columbia District Court at 12:37 pm, Feb 18, 2026

| | |
|---|---|
| United States of America<br>v.<br>Carter Camacho<br><br>*Defendant* | )<br>)  Case: 1:26-mj-00034<br>)  Assigned To: Judge Harvey, G. Michael<br>)  Assign. Date: 2/18/2026<br>)  Description: COMPLAINT W/ARREST WARRANT<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Carter Camacho,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

40 U.S.C. § 5104(e)(1)(A)(i) (Unlawful Possession of a Firearm on Capitol Grounds or Buildings).

Date:   02/18/2026

*Issuing officer's signature*

City and state:   Washington, D.C.      G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 18 Feb 2026, and the person was arrested on *(date)* 18 Feb 2026
at *(city and state)* Washington, DC.

Date: 18 Feb 2026

*Arresting officer's signature*

Daniel G. Dalton
*Printed name and title*